TO THE COURT OF CRIMINAL APPEALS 69,858-16,17,18
OF TEXAS

RE: DISPOSITION

I NEED TO NO THE COURTS DISPOSITION
ON THESE WRIT OF HABEAS CORPUSES

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

WR-69,858-16
WR-69,858-17
WR-69,858-18

ITS BEEN MORE THAN 30 days ON THE WRIT OF MANDAMUS
AND I NEED TO NO WHAT IS going ON ON THESE WRITS

THANK YOU
RESPECTFULLY SUBMITTED
Donald Wayne Herod
DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

APRIL 1ST 2015